FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 19 2026
KP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:26-cr-00199 |
| v. | ) | |
| | ) | |
| ALEXANDER L. STROHMEYER | ) | 18 U.S.C. § 115(a)(2) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about September 29, 2024, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about September 29, 2024, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder immediate family members of Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about April 21, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about April 21, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder immediate family members of Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about April 21, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 2, a former Federal law enforcement officer, with intent to retaliate against Former Official # 2 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about April 21, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder immediate family members of Former Official # 2, a former Federal law enforcement officer, with intent to retaliate against Former Official # 2 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about May 7, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about May 7, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 2, a former Federal law enforcement officer, with intent to retaliate against Former Official # 2 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about May 7, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 3, a former Federal law enforcement officer, with intent to retaliate against Former Official # 3 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about May 17, 2025, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about June 27, 2026, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder immediate family members of Former Official # 1, a former Federal law enforcement officer, with intent to retaliate against Former Official # 1 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about June 27, 2026, the defendant, **ALEXANDER L. STROHMEYER**, did threaten to murder immediate family members of Former Official # 2, a former Federal law enforcement officer, with intent to retaliate against Former Official # 2 for the performance of his official duties during his term of service.

In violation of Title 18, United States Code, Section 115(a)(2).

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

CARLIN C. HESS
ASSISTANT UNITED STATES ATTORNEY