## MAGISTRATE JUDGE EVANS COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

**U.S.A. v.** Alexander Strohmeyer, **No.** 3:26-cr-199

**ATTORNEY FOR GOVERNMENT:** Carlin Hess

**ATTORNEY FOR DEFENDANT:** Peter Strianse ☐ **AFPD** ☐ **Panel** ■ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** Kim Haney

**INTERPRETER NEEDED?** ☐ **YES** ■ **NO** **LANGUAGE:** ____________

**INTERPRETER:** ____________ ☐ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ■ **ARRESTED ON:** July 30, 2026

DEFENDANT HAS A COPY OF:

☐ Complaint ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: ____________

■ Defendant advised of the charges & maximum penalties ☐ Defendant provided the financial affidavit

■ Defendant advised right of counsel ■ Counsel retained ☐ FPD appointed

■ Defendant advised of right to silence ☐ Defendant advised of right to Consular Notification

☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020

☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing

■ Government filed motion for detention ☐ Defendant waived detention hearing

☐ Defendant temporarily detained ☐ Defendant reserved right to hearing in future

☐ Defendant to remain in Federal custody ☐ Defendant to be returned to State custody

☐ Defendant to remain on current conditions of supervised release

☐ Defendant released on:

☐ Standard ☐ Special ☐ Appearance Bond: ____________ ☐ Property Bond

☐ RULE 5- Defendant advised of right to identity hearing ☐ Defendant waived identity hearing

☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution

☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ■ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** August 28, 2026 at 9:00 a.m.

☐ Good cause shown to exceed 5 business days **pending further discussions of potential recusal. Defense counsel shall notify the Court as soon as possible of their decision .**

☐ **GRAND JURY WAIVED IN OPEN COURT** (Waiver of Indictment executed)

☒ **ARRAIGNMENT**

☒ Defendant acknowledges receipt of Indictment/Information ☐ Indictment/Information read to Defendant

☒ Defendant waived reading thereof ☐ Court advised maximum penalties

**PLEA:** ☐ **GUILTY** ☒ **NOT GUILTY**

☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** August 21, 2026 **TOTAL TIME:** 7 minutes

**BEGIN TIME:** 10:29 a.m. **END TIME:** 10:36 a.m.

■ **Digitally Recorded** ☐ **Court Reporter:** ____________

2 minutes AR
5 minutes IA