# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
Alexander Strohmeyer

*Defendant*

Case No. 3:26-cr-199

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: U.S. District Courthouse<br>719 Church Street<br>Nashville, TN | Courtroom No.: 5A<br><br>Date and Time: 8/28/26 9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/21/2026

*Judge's signature*

Magistrate Judge Luke A. Evans

*Printed name and title*

Print Save As... Reset