# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ALEXANDER STROHMEYER

## EXHIBIT AND WITNESS LIST

Case Number: 3:26-cr-199

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Luke A. Evans | Gregory Allen & Lauren Delery | Peter Strianse |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Detention Hearing | Audio | Sarah Dixon Russell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 8/28/2026 | | | HSI Special Agent Savannah Debraux |
| E1 | | 8/28/2026 | | X | Sealed Collective Exhibit 1: Text Messages |
| E1a | | 8/28/2026 | | X | Collective Exhibit 1A: Redacted Text Messages |
| E2 | | 8/28/2026 | | X | Sealed Collected Exhibit 2: Text Messages |
| E2b | | 8/28/2026 | | X | Collective Exhibit 2B: Redacted Text messages |
| E3 | | 8/28/2026 | | X | Sealed Exhibit 3: Messages and picture |
| E3b | | 8/28/2026 | | X | Exhibit 3B: Redacted messages and picture |
| | W1 | 8/28/2026 | | | Donald Strohmeyer |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



New Page

Print | Save As... | Export as FDF | Retrieve FDF File | Reset