**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cr-00199** |
| | ) | |
| **ALEXANDER STROHMEYER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The status conference scheduled for October 9, 2026, is RESCHEDULED to **October 26, 2026, at 1:30 p.m.,** in place of the pretrial conference set for October 26, 2026, at 1:00 p.m.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE