REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

ALEXANDER STROHMEYER

(list each defendant appearing at hearing)

Case No.: 3:26-CR-199
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 10/26/2026
Location: ☑ Nashville ◯ Columbia ◯ Cookeville
Court Reporter: ROXANN HARKINS
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): GREG ALLEN, LAUREN DELERY

Defense Attorney(s): PETER STRIANSE

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

***For items 1-6, a Witness/Exhibit List is required and must be separately filed.***

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.
7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- A status conference was held on October 26, 2026.
- A new status conference is set for January 7, 2027, at 2:30 p.m. A speedy trial waiver shall be filed.
- The government shall file a status report by January 4, 2027.
- The transcript shall be placed under seal.
- An order to enter.

Total Time in Court: 26 minutes

Clerk of Court
by: MELISSA SEAY

Reset Form